New trial granted.(a)

*NEW YORK, Oct. 1815.*

*JACKSON v. WENDELL.*

---

JACKSON, ex dem. WADSWORTH, against WENDELL AND ANOTHER.

THIS was an action of *ejectment*, brought to recover the possession of lot No. 11. in *Solon*, in the county of *Cortlandt*. At the trial, before Mr. Justice *Spencer*, at the *Cortlandt* circuit, in 1814, the plaintiff gave in evidence the original patent to *John Thomas*, dated *July* 9, 1790; also, a written instrument dated the 5th of *September*, 1789, without seal, from *John Thomas*, by which, " in consideration of a valuable sum received," &c. he sold, quit-claimed, and conferred all his right, &c. to bounty lands, &c. to *James Wadsworth*.

It is unnecessary to state the further evidence in the cause. A verdict was taken for the plaintiff, subject to the opinion of the court on a case made, which was submitted to the court without argument.

*A freehold, or estate in fee in land, cannot be conveyed without deed, or writing, under seal.*

*Per Curiam.* Several objections are stated as to the sufficiency of the instrument from *Thomas* to *Wadsworth*, to convey a title

---

(a) *Jackson, ex dem. Gardner,* v. *Laird.* (8 *Johns. Rep.* 489.) *Smith* v. *Brush, id.* 84.

to the lot in question. It is unnecessary to take notice of any other than the one, that the instrument is without a seal. This alone is fatal to the plaintiff's title, according to the decision of this court, in *Jackson, ex dem. Gouch,* v. *Wood.** It is expressly decided, in that case, that a conveyance of a freehold estate in fee, must be by deed or writing under seal.

*Ante, 73.*

Judgment for the defendant.